AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

| United States of America | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No.  12-CR-065 (SLT) |
| Jose Alejandro Castillo-Medina | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Jose Alejandro Castillo-Medina                                                                           .

Date:   March 25, 2012

s/ Clara Kalhous
*Attorney's signature*

Clara Kalhous (CK6198)
*Printed name and bar number*

476 Central Park W. #2B
New York, NY 10025

*Address*

clara.kalhous@gmail.com
*E-mail address*

(347) 415-9523
*Telephone number*

(212) 202-4936
*FAX number*